NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN D. MACK,                    )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D18-4448
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.

Steven D. Mack, pro se.


PER CURIAM.

            Affirmed.


LUCAS, BADALAMENTI, and ATKINSON,JJ., Concur.